JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAVID KROHE, | ) NO. SACV 16-131-JGB (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| JOE A. LIZARRAGA, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 2, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE